ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: April 10, 2019  
START: 11:45 am  
END: 12:15 pm

DOCKET NO: 18-cv-06542

CASE: Tess v. The City of New York et al

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
| | Robert Marinelli |
| | |
| | |

| DEFENDANT | ATTORNEY |
|---|---|
| | Artur Jagielski |
| | Barry Myrvold |
| | |

- [ ] F-A CT DISCOVERY TO BE COMPLETED BY October 10, 2019
- [ ] NEXT (Settlement) CONFERENCE SCHEDULED FOR July 24, 2019 – 10:00 am *
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The City shall supplement its initial disclosures by April 26, 2019, and shall identify the two other officers who reported to the scene of plaintiff's arrest.

Pleadings may be amended and new parties added until May 10, 2019.

Plaintiff shall serve his medical expert report by July 12, 2019; the schedule for expert discovery is otherwise deferred, as is the deadline for requesting a premotion conference.

* The settlement conference must be attended in person by plaintiff and a representative of the Comptroller's Office.