ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: August 8, 2019  
START: 2:10 pm  
END: 3:35 pm

DOCKET NO: 18-cv-06542

CASE: Tess v. The City of New York et al

- [ ] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [x] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Robert Marinelli |
|  | w/ plaintiff Tess |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Artur Jagielski |
|  | Barry Myrvold |
|  | w/ Joanna Cazelas-Seretis (Comptroller's Office) |

- [ ] FACT DISCOVERY TO BE COMPLETED BY October 10, 2019
- [ ] NEXT CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The parties are directed to respond to the Court's settlement proposal by 4:00 p.m. on August 13, 2019.

If the case doesn't settle, the already-expired deadline for plaintiff to serve expert disclosures is extended to September 10, 2019; defendants' shall be served by October 10, 2019; expert depositions shall be completed by November 1, 2019. Requests for a premotion conference are due by November 8, 2019.