UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Clint Tess

                Plaintiff,

-against-                          **AFFIDAVIT OF SERVICE**

City of New York et als

                                        18 CV 6542

                Defendants.

-----------------------------------------------------------x

I, Tyrin Torres, being duly sworn deposes and says:

1.     I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2.     On September 10, 2019 at approximately 11:06 a.m., I served the summons and complaint in this matter on Lt Kautter, by delivering a copy of same to P.O. Adams, A black male between the age of twenty-five and thirty , a person of suitable age and discretion at defendant's actual place of business, the 70th precinct, within the state of New York, 154 Lawrence Avenue, Brooklyn, New York, 11230.

3.     Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
September 10, 2019

Tyrin Torres

Sworn to me on 10th day
of September 2019

NOTARY PUBLIC

ROBERT MARINELLI
STATE OF NEW YORK
NOTARY PUBLIC
Qualified in New York County
02MA6220272
MY COMMISSION EXPIRES 4/12/2020