UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Clint Tess

                    Plaintiff,

      -against-                    **AFFIDAVIT OF SERVICE**

City of New York et als

                                            18 CV 6542

                    Defendants.

-----------------------------------------------------------x

I, Tyrin Torres, being duly sworn deposes and says:

1. I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2. On August 26, 2019 at approximately 11:14 a.m., I served the summons and complaint in this matter on Sgt. Domenique Taylor, by delivering a copy of same to P.O. Williams, A black male between the age of forty and forty-five and thirty, a person of suitable age and discretion at defendant's actual place of business, the City Wide Traffic Task Force, within the state of New York, 138 West 30th Street, Lawrence Avenue, New York, New York, 10001.

3. Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
September 2, 2019

_____
Tyrin Torres

Sworn to me on 2nd day
of September 2019

_____
NOTARY PUBLIC

