UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

Clint Tess

                 Plaintiff,

    -against-                    **AFFIDAVIT OF SERVICE**

City of New York et als

                                             18 CV 6542

               Defendants.

-------------------------------------------------------------x

I, Tyrin Torres, being duly sworn deposes and says:

1. I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2. On August 26, 2019 at approximately 12:07 a.m., I served the summons and complaint in this matter on P.O. Jose Holgun by delivering a copy of same to P.O. Williams, A black male between the age of forty and forty-five and thirty , a person of suitable age and discretion at defendant's actual place of business, the 60th Precinct, within the state of New York, 2951 8th Street, New York, New York, 11224.

3. Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
September 2, 2019


Tyrin Torres

Sworn to me on __2nd__ day
of September    2019

_____
NOTARY PUBLIC

