UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

Clint Tess

                      Plaintiff,

         -against-                        **AFFIDAVIT OF SERVICE**

City of New York et als

                                                         18 CV 6542

                     Defendants.

-------------------------------------------------------------x

I, Robert Marinelli, being duly sworn deposes and says:

1. I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2. On September 12, 2019 at approximately 11:57 a.m., I served the summons and complaint in this matter on P.O. Sgt. Myrtle Armstrong by delivering a copy of same to P.O. Guerren, a black female between the age of forty and forty-five and thirty , a person of suitable age and discretion at defendant's actual place of business, within the state of New York, 210 Joralemon Street, New York, New York, 11201.

3. Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
September 13, 2019

Robert Marinelli

Sworn to me on 13th Day
of September, 2019

NOTARY PUBLIC

NARISSA JOSEPH
NOTARY PUBLIC, State of New York
No. 02JO6100080
Qualified in Kings County
Commission Expires October 14, 2019