UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Clint Tess

                         Plaintiff,

        -against-                               **AFFIDAVIT OF SERVICE**

City of New York et als

                                                          18 CV 6542

                       Defendants.

------------------------------------------------------------x

I, Robert Marinelli, being duly sworn deposes and says:

1. I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2. On September 16, 2019, at 210 Joralemon Street, 4th floor, at approximately 9:55 a.m., I served the summons and complaint in this matter William Tobin, by delivering a copy of same to an female African American police officer, approximately five feet and ten inches tall, one hundred and thirty-five pounds, with a pink shirt and black pants a person of suitable age and discretion at defendant's actual place of business within the state,

3. Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

Dated: New York, New York
September 16, 2019

_____
Robert Marinelli

Sworn to me on 16 day
of September, 2019

[Notary seal: JAMES LAYTON KOENIG, NOTARY PUBLIC, STATE OF NEW YORK, NO. 02KO6324687, QUALIFIED IN KINGS COUNTY, COMM. EXP. [illegible]]

