UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Clint Tess

                            Plaintiff,

         -against-                                 **AFFIDAVIT OF SERVICE**

City of New York et als

                                             18 CV 6542

                         Defendants.

-----------------------------------------------------------x

I, Robert Marinelli, being duly sworn deposes and says:

1. I am not a party to this action, I am over 18 years of age, and I reside in the State of New York.

2. On September 16, 2019, at One Police Plaza, at approximately 2:10 p.m., I served the summons and complaint in this matter Linda Doonerhornick, by delivering a copy of same to an male Asian police officer, approximately five feet and nine inches tall, one hundred and forty-five pounds a person of suitable age and discretion at defendant's actual place of business within the state,

3. Thereafter, I mailed a copy of the summons and complaint post paid by first class mail properly addressed to the defendant at the aforementioned address in an envelope marked personal and confidential and not indicating that the communication was from an attorney or concerned an action against the defendant and deposited said envelope in a post office official depository under exclusive care of the United States Postal Service.

_____
Robert Marinelli

Sworn to me on 16th day of September, 2019

[Notary Seal: JAMES LAYTON KOENIG, NOTARY PUBLIC, STATE OF NEW YORK, NO. 02KO6024887, QUALIFIED IN KINGS COUNTY, COMM. EXP. 03/11/2019]

NOTARY PUBLIC

Dated: New York, New York
September 16, 2019

