# ROBERT MARINELLI
ATTORNEY AT LAW
305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(212) 822-1427
Facsimile (212) 202-9646

July 23, 2020

**BY ECF**

Honorable Roanne L Mann
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   *Tess v. City of New York, et al.*, 18-CV-6542 (KAM) (RLM)

Your Honor:

    I am the attorney for plaintiffs. I write, with the consent of defense counsel, to request an extension of discovery, *nunc pro tunc*, from July 14[1] until September 4, 2020 in order to complete depositions. To date, the depositions of the plaintiff, four defendants, and a 30(b)(6) witness have been taken. Five depositions remain to be taken.

    These depositions have not occurred due to the various health and logistical issues created by the Covid-19 virus. It is my understanding that police officers are now available to be deposed.

    I apologize for the lateness of this request and appreciate Your Honor's consideration.

                                                           Sincerely,

                                                           /s

                                                           Robert Marinelli

cc:    ACC Angarad Wilson, Esq.

---

[1] Discovery was scheduled to end on July 14.